IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEAL

Dean Foods Company under 28 U.S.C. § 158(a) appeals to the United States District Court for the District of Delaware from the Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief (Docket No. 11930) entered by the United States Bankruptcy Court for the District of Delaware, Chief Judge Mary F. Walrath, on October 19, 2005 and attached hereto as Exhibit A.

The names of all the parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Appellant:<br><br>Dean Foods Company | Jeffrey M. Schlerf (No. 3047)<br>The Bayard Firm<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>Mark H. Ralston<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201<br>Telephone: (214) 855-7500 |
| Appellee:<br><br>Post Confirmation Trust | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>Telephone: (713) 650-8805 |

607256v1

| PARTY | ATTORNEYS |
|---|---|
|  | Laura Davis Jones (No. 2436)<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899<br>Telephone: (302) 778-6401 |
| Reclamation Creditors' Trust | Steven K. Kortanek (#3106)<br>Michael W. Yurkewicz (#4165)<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5503<br><br>Janice L. Duban<br>DLA Piper Rudnick Gray Cary US LLP<br>203 N. Lasalle Street, Suite 1900<br>Chicago, IL 60601<br>Telephone: (312) 368-7097<br><br>Mark J. Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>Telephone: (410) 580-4153<br><br>Daniel J. Carrigan<br>DLA Piper Rudnick Gray Cary US LLP<br>1200 19th Street, N.W.<br>Washington, DC 20036<br>Telephone: (202) 861-3840 |
| Kemps LLC | Stephen M. Miller, Esquire (#2610)<br>Douglas N. Candeub (#4211)<br>Morris, James, Hitchens &Williams LLP<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6853 |

| PARTY | ATTORNEYS |
|---|---|
| Food Marketing Group, Inc. | Mark E. Felger (#3919)<br>Jeffrey R. Waxman (#4159)<br>Cozen O'Connor<br>Chase Manhattan Centre, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2000<br><br>Neil Berger<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>Telephone: (212) 594-5000 |
| Kraft Foods Global, Inc. | Mary F. Calloway (# 3059)<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br><br>Daniel G. Hildebrand<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-7787 |

Dated: October 31, 2005               THE BAYARD FIRM

_____
Jeffrey M. Schlerf (#3047)
222 Delaware Avenue
Wilmington, DE 19801
Telephone: (302) 655-5000

-and-

MUNSCH HARDT KOPF & HARR, P.C.
Mark H. Ralston
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75202
Telephone: (214) 855-7500

*Attorneys for Dean Foods Company*

607256v1                                        4

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | Related Docket Nos.: 11889, 11824 & 11822 |
| ) | |
| ) | |

ORDER ON
CROSS-MOTION OF THE POST-CONFIRMATION TRUST
FOR DECLARATORY RELIEF

The Court has considered the briefs and arguments submitted by the Post Confirmation Trust (PCT) and by the Reclamation Creditors' Trust, concerning the ownership of claims and Causes of Action pending in the PCT's Cross-Complaint against James Green, Christopher Thorpe, John Kenneth Adams, Rosario Coniglio, Steven Schmidt, Bruce Keith Jensen, John D. Robinson, and Peter Frank (collectively, "the Vendor Officers"). Under the terms of the Fleming Plan of Reorganization, the Claims and Causes of action against the Vendor Officers are the property of the PCT.

Accordingly, the Motion of the Reclamation Creditors' Trust to Enforce the Reorganization Plan and to Enjoin the Post-Confirmation Trust From Pursuing Claims is DENIED. The PCT's Cross-Motion for Declaratory Relief is GRANTED on all grounds stated therein, and the Court DECLARES that:

1. Under Fleming's Plan of Reorganization, any claims against the Vendor Officers, which were preserved by the Plan, who are not Reclamation Creditors, are the property of the PCT;

2. ~~No person shall, hereafter, assert or argue that the PCT does not own or have standing to pursue the claims it has filed in its pending Cross-Action in *In re Fleming Companies Securities Litig.*, C.A. No. 05-03-1530 (TJW) Case No. MDL-1530; and,~~

3. ~~The Reclamation Creditors' Trust shall cease and desist from any further effort to interfere with the PCT's prosecution of the claims against the Vendor Officers.~~

SIGNED this 19th day of October, 2005.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court, Chief Judge