IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 12015 |

**APPELLANT DEAN FOOD COMPANY'S STATEMENT OF THE ISSUES
AND DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Appellant Dean Food Company ("Dean Foods"), hereby submits this statement of the issues on appeal and its designation of items to be included in the record on appeal, in its appeal from the Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief [Docket No. 11930] entered in this proceeding on October 20, 2005 in this Court, pursuant to Federal Rule of Bankruptcy Procedure 8006:

**Statement of the Issues on Appeal**

Did the Bankruptcy Court err in concluding that the claims and causes of action being asserted by the Post-Confirmation Trust (PCT) against John Robinson, an officer of Reclamation Creditor Dean Foods, are the property of the PCT and not the Reclamation Creditors Trust (RCT) under the terms of the Fleming Companies' confirmed plan of reorganization?

608387v2

## Designation of Items To Be Included in the Record on Appeal

Dean Foods hereby designates the following items to be included in the record for this appeal:[1]

A.  Motion of the Reclamation Creditors' Trust to (i) Enforce the Reorganization Plan and Confirmation Order, (ii) Enjoin the Post-Confirmation Trust from Pursuing Claims Against Employees of Reclamation Creditors to Recover RCT Assets from the Reclamation Creditor Employers, and (iii) Determine that the PCT's Claims Against Employees of Reclamation Creditors Constitute RCT Assets, with accompanying exhibits:

   (1) Disclosure Statement to Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code, pp. 29–31;
   (2) In re Fleming Companies Securities Litigation, Cross-Complaint and Original Complaint of the Post-Confirmation Trust and Original Answer of Defendants The Fleming Companies, the Post-Confirmation Trust and Core-Mark, Civ. Action No. 05-03-1530 (TJW), Case No. MDL-1530 (E.D. Tex.);
   (3) Revised Term Sheet to Resolve Objections to Debtors' Chapter 11 Plan and for Treatment of Reclamation Claims;
   (4) SEC Press Release: Grocery Wholesaler Fleming Companies Settles Fraud Charges with SEC, Dated September 14, 2004.

   Date: August 25, 2005

   Docket No.: 11559

B.  Response of Kemps LLC in Support of Motion of the Reclamation Creditors' Trust to (i) Enforce the Reorganization Plan and Confirmation Order, (ii) Enjoin the Post-Confirmation Trust from Pursuing Claims Against Employees of Reclamation Creditors to Recover RCT Assets from the Reclamation Creditor Employers, and (iii) Determine that the PCT's Claims Against Employees of Reclamation Creditors Constitute RCT Assets.

   Date: October 4, 2005

   Docket No.: 11818

---

[1] Pursuant to Del. Bankr. LR 8006-1, a copy of each of the designated items is being delivered to the Clerk. With the exception of Item M, all items are being delivered by Kemps LLC, in connection with its Notice of Appeal [Docket No. 12009]. Item M is being submitted contemporaneously herewith.

C. Amended Response of the Post-Confirmation Trust to Claim Ownership Motion of Reclamation Creditors Trust, and Cross-Motion of the Post-Confirmation Trust for Declaratory Relief, and accompanying exhibits:

(1) Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (excerpts);

(2) First RCT Status Report and Notice of Payment of Class 3(B) TLV Reclamation Claims;

(3) In the Matter of Fleming Companies, Inc., Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8482;

(4) In the Matter of Bruce Keith Jensen, Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8487;
In the Matter of John K. Adams, Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8484;

(5) In the Matter of Dean Foods Company and John D. Robinson, Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8486;
In the Matter of Digital Exchange Systems, Inc., Rosario Coniglio and Steven Schmidt, Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8483;
In the Matter of Kemps LLC, f/k/a Marigold Foods, LLC, James Green and Christopher Thorpe, Order Instituting Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings and Imposing a Cease-and-Desist Order, Securities Act Release No. 8485;

(6) Fleming Companies, Inc. et al., Reclamation Claim Summary by Claimant, November 21, 2003;

(7) Press Release: Enron Reaches Settlement with JPMorgan Chase in Megaclaims Litigation Valued at $1 Billion, dated August 16, 2005;
Press Release: Enron Reaches Settlement with Canadian Imperial Bank of Commerce in Megaclaims Litigation, dated August 5, 2005;
Press Release: Enron Reaches Settlement with Toronto-Dominion Bank in Megaclaims Litigation, dated August 16, 2005;
Press Release: Enron Reaches Settlement with Royal Bank of Scotland in Megaclaims Litigation, dated July 17, 2005;

        Press Release: Enron Reaches Settlement with Royal Bank of Canada in Megaclaims Litigation, dated July 28, 2005;

(8)   Enrico Bondi v. Bank of America Corp. (In re Parmalat Secs. Litig.), Master Docket 04-MD-1653 (LAK), 05-CIV-4015 (LAK), Memorandum Opinion (S.D.N.Y. Aug. 5, 2005).

Date: October 13, 2005

Docket No.: 11889

D.   Response of Kemps LLC in Opposition to the Cross-Motion of the Post Confirmation Trust for Declaratory Relief, and accompanying exhibit:

(1)   Kemps Limited Liability Company Agreement, § 17.1(a) & (d)

Date: October 12, 2005

Docket No.: 11864

E.   Response of Reclamation Creditors Trust in Opposition to the Cross-Motion of the Post Confirmation Trust for Declaratory Relief, with accompanying exhibits:

(1)   SEC v. Shapiro, Civil Action No. 4:05cv364, Complaint filed Sept. 15, 2005 (E.D. Tex.);
(2)   December 10, 2004 e-mail from PCT special counsel, Kathy D. Patrick, to Mark Friedman;
(3)   December 21, 2004 letter from Mark J. Friedman to Robert A. Kors;
(4)   March 24, 2005 e-mail from Mark J. Friedman to Robert A. Kors

Date: October 12, 2005

Docket No.: 11866

F.   Food Marketing Group, Inc.'s (A) Joinder to Motion of the Reclamation Creditors' Trust to (i) Enforce the Reorganization Plan and Confirmation Order, (ii) Enjoin the Post-Confirmation Trust from Pursuing Claims Against Employees of Reclamation Creditors to Recover RCT Assets from the Reclamation Creditor Employers, and (iii) Determine that the PCT's Claims Against Employees of Reclamation Creditors Constitute RCT Assets and (B) Response to PCT Cross-Motion.

Date: October 12, 2005

Docket No.: 11862

G.  Kraft Food Global Inc.'s Response in Opposition to the Post-Confirmation Trust's Motion for Declaratory Judgment and Joinder in the Reclamation Trust's Motion to Enforce

    Date: October 12, 2005

    Docket No.: 11865

H.  Dean Food Company's (I) Joinder in Motion of the Reclamation Creditors' Trust to Enforce the Reorganization Plan and Confirmation Order and (II) Response in Opposition to Cross-Motion of the Post-Confirmation Trust for Declaratory Relief

    Date: October 12, 2005

    Docket No.: 11867

I.  Motion of the Post Confirmation Trust for Leave to File Consolidated Reply Brief in Response to Six Additional Briefs Filed in Support of RCT Motion to Enjoin the Post Confirmation Trust from Pursuing Claims and in Response to the PCT's Cross-Motion, and accompanying exhibit:

    (1) Consolidated Reply Brief of the Post Confirmation Trust in Response to Six Additional Briefs Filed in Support of the Motions of the Reclamation Creditors' Trust and Kemps LLC to Enjoin the Post Confirmation Trust's Pursuit of Claims and in Response to the Post Confirmation Trust's Cross-Motion

    Date: October 17, 2005

    Docket No.: 11910

J.  Third Amended Disclosure Statement in Support of Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code, with the following exhibits (not all of the exhibits to the Disclosure Statement):

    (1) Post Confirmation Trust Agreement (executed copy also included)

    (2) Reclamation Creditors Trust Agreement (executed copy also included)

    Date: May 28, 2004

    Docket No.: 8269

K.  Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief

Date: October 19, 2005

Docket No.: 11930

L.  Transcript of Hearing held on October 19, 2005 before the Honorable Mary F. Walrath

Date: October 26, 2005

Docket No.: 11992

M.  Notice of Appeal by Dean Foods Company

Date: October 31, 2005

Docket No.: 12015

N.  Order Confirming the Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code, with accompanying exhibit (not all of the exhibits to the Order):

  (a)  Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code

Date: July 26, 2004

Docket No.: 9045


Dated: November 10, 2005

THE BAYARD FIRM

By: _____
Jeffrey M. Schlerf (I.D. No. 3047)
Kathryn D. Sallie (I.D. No. 4600)
222 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 429-4218
Facsimile: (302) 658-6395


- and-

**MUNSCH HARDT KOPF & HARR, P.C.**
Mark H. Ralston, Esq.
Texas Bar No. 16489460
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4365

COUNSEL FOR APPELLANT DEAN FOODS
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                     § SS:
NEW CASTLE COUNTY    §

    Walter Cavers, being duly sworn according to law, deposes and says that he is employed by The Bayard Firm, attorneys for Dean Foods Company, in the above-captioned action, and that on the 10th day of November, 2005, he caused a copy of the **Appellant Dean Food Company's Statement of Issues and Designation of Items to be Included in the Record of Appeal,** to be served upon the attached service list via the manner indicated.

_____
Walter Cavers

    SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: November 10, 2005

_____
Notary Public

KATHY H. CARDILLO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 13, 2007

608410v1

## Service List

| PARTY | ATTORNEYS |
|---|---|
| Appellee:<br><br>Post Confirmation Trust | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>**(Via First Class Mail)**<br><br>Laura Davis Jones (No. 2436)<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899<br>**(Via Hand Delivery)** |
| Reclamation Creditors' Trust | Steven K. Kortanek (#3106)<br>Michael W. Yurkewicz (#4165)<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>**(Via Hand Delivery)**<br><br>Janice L. Duban<br>DLA Piper Rudnick Gray Cary US LLP<br>203 N. Lasalle Street, Suite 1900<br>Chicago, IL 60601<br>**(Via First Class Mail)**<br><br>Mark J. Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>**(Via First Class Mail)**<br><br>Daniel J. Carrigan<br>DLA Piper Rudnick Gray Cary US LLP<br>1200 19th Street, N.W.<br>Washington, DC 20036<br>**(Via First Class Mail)** |

| PARTY | ATTORNEYS |
|---|---|
| Kemps LLC | Stephen M. Miller, Esquire (#2610)<br>Douglas N. Candeub (#4211)<br>Morris, James, Hitchens &Williams LLP<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>**(Via Hand Delivery)** |
| Food Marketing Group, Inc. | Mark E. Felger (#3919)<br>Jeffrey R. Waxman (#4159)<br>Cozen O'Connor<br>Chase Manhattan Centre, Suite 1400<br>Wilmington, Delaware 19801<br>**(Via Hand Delivery)**<br><br>Neil Berger<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>**(Via First Class Mail)** |
| Kraft Foods Global, Inc. | Mary F. Calloway (# 3059)<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, Delaware 19801<br>**(Via Hand Delivery)**<br><br>Daniel G. Hildebrand<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-7787<br>**(Via First Class Mail)** |
| Office of the U.S. Trustee | Joseph J. McMahon, Jr.<br>Ste. 2313<br>J.Caleb Boggs Federal Building<br>844 N. King Street<br>Lock Box 35<br>Wilmington, DE 19801<br>**(Via Hand Delivery)** |

608410v1