IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc. et al. | ) | Bankr. Case No. 03-10945 |
| | ) | |
| _____Debtors._____ | ) | |
| Dean Foods Company, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-835(SLR) |
| v. | ) | |
| | ) | Appeal No. 05-79 |
| Post Confirmation Trust, | ) | |
| | ) | Related # 5 |
| _____Appellee._____ | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                          )ss
COUNTY OF NEW CASTLE )

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 2nd day of February 2006, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

Order [Standing Order Regarding Procedures Governing Mediation of Appeals]

_____
Louise Tuschak

Sworn to and subscribed before
me this 6th day of February 2006

_____
Notary Public
My Commission Expires: March 15, 2007

28587-001\DOCS_DE:114988.1

## Service List
## Dean Foods Company

***Hand Delivery***
Jeffrey M. Schlerf, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

***First Class Mail***
Mark H. Ralston, Esquire
Munsch Hardt Kofp & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

DOCS_DE:112010.1