IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00832 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00833 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| KEMPS LLC, | ) | |
| | ) | |
| Appellant, | ) | Civil Case No. 1:05-cv-00834 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee, | ) | |

DOCS_DE:115165.1

| | |
|---|---|
| DEAN FOODS COMPANY, | ) |
| Appellant, | ) ) Civil Case No. 1:05-cv-00835 (SLR) |
| v. | ) ) |
| POST-CONFIRMATION TRUST, | ) ) |
| Appellee, | ) ) |

## AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtor in the above-captioned action, and that on the 8th day of February 2006, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**APPELLANTS' AND APPELLEE'S JOINT MOTION FOR ORDER AUTHORIZING MR. EARL F. HALE, JR. TO SERVE AS MEDIATOR**

_____
Louise L. Tuschak

SWORN TO AND SUBSCRIBED
by me on this 8th day of February 2006
_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

DOCS_DE:115165.1

## Service List
## Dean Foods Company

***Hand Delivery***
Jeffrey M. Schlerf, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

***First Class Mail***
Mark H. Ralston, Esquire
Munsch Hardt Kofp & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202

**Service List**
**Kemps LLC**

***Hand Delivery***
Stephen M. Miller, Esquire
Douglas N. Candeub, Esquire
Thomas M. Horan, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, DE 19801

DOCS_DE:112010.1

## Service List
## Kraft Foods Global

*First Class Mail*
Daniel G. Hildebrand, Esquire
Richard G. Ziegler, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

*Hand Delivery*
Mary F. Caloway, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19801

DOCS_DE:112010.1

**Service List**
**Food Marketing Group, Inc.**
Consolidated with Kraft Global

*Hand Delivery*
Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
Cozen O'Connor
Chase Manhattan Centre, Suite 1400
Wilmington, Delaware 19801

*First Class Mail*
Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

*First Class Mail*
Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960