IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| FLEMING COMPANIES, INC., ) | Bk. No. 03-10945(MFW) |
| et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |

| | |
|---|---|
| DEAN FOODS COMPANY, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-835-SLR |
| ) | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |

**O R D E R**

At Wilmington this 8th day of August, 2006, having received notice from the mediator that mediation was not successful in this case (D.I. 8);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **September 5, 2006**.

2. Appellee's brief in opposition to the appeal is due on or before **October 5, 2006**.

3. Appellant's reply brief is due on or before **October 19, 2006**.

_____
United States District Judge