IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., *et al*, ) | Case No. 03-10945 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| DEAN FOODS COMPANY, ) | |
| ) | |
| Appellant, ) | Civ. A. No. 05-835 (SLR) |
| ) | |
| v. ) | |
| ) | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |

## STIPULATION EXTENDING BRIEFING SCHEDULE

WHEREAS, on August 8, 2006, this Court entered an order (the "Scheduling Order") which set a briefing schedule with respect to the above-captioned appeal; and

WHEREAS, due to the recent holiday, the Appellant encountered difficulties in complying with the Scheduling Order; and

WHEREAS, Appellant Dean Foods Company and Appellee Post Confirmation Trust have agreed that an extension of deadlines set forth in the Scheduling Order is appropriate,

NOW, THEREFORE, the parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. Appellant's brief in support of its appeal is due on or before September 8, 2006.

631292v1

2. Appellee's brief in opposition to the appeal is due on or before October 9, 2006.

3. Appellant's reply brief is due on or before October 23, 2006.

Dated: September 5, 2006

| THE BAYARD FIRM | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| By: *(signature)* <br> Jeffrey M. Schlerf (No. 3047) <br> Eric M. Sutty (No. 4007) <br> 222 Delaware Avenue <br> Wilmington, Delaware 19801 <br> (302) 655-5000 | By: *(signature)* <br> Laura Davis Jones (No. 2436) <br> Scotta E. McFarland (No. 4184) <br> 919 North Market Street, Suite 1700 <br> P.O. Box 8705 <br> Wilmington, Delaware 19899-8705 <br> (302) 652-4100 |
| -and- | -and- |
| Mark H. Ralston <br> MUNSCH HARDT KOPF & HARR, P.C. <br> 3800 Lincoln Plaza <br> 500 N. Akard Street <br> Dallas, TX 75201-6659 <br> (214) 855-7500 | Kathy Patrick <br> GIBBS & BRUNS, LLP <br> 1100 Louisiana Street, Suite 5300 <br> Houston, Texas 77002 <br> (713) 650-8805 |
| *Attorneys for Appellant Dean Foods Company* | *Attorneys for Appellee Post Confirmation Trust* |

IT IS SO ORDERED,

This ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE