IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| Dean Food Company, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-835-SLR |
| | ) | |
| Post Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |

**APPENDIX TO THE OPENING BRIEF OF APPELLANT
<u>DEAN FOOD COMPANY</u>**

Dated: September 8, 2006
Wilmington, Delaware

**THE BAYARD FIRM**
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
222 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

- and-

**MUNSCH HARDT KOPF & HARR, P.C.**
Mark H. Ralston, Esq.
Texas Bar No. 16489460
4000 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 978-4365

COUNSEL FOR DEAN FOOD
COMPANY

635410v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Fleming Companies, Inc., et al. ) | Case No. 03-10945 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| Dean Food Company, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 05-835-SLR |
| ) | |
| Post Confirmation Trust, ) | |
| ) | |
| Appellee. ) | |

## TABLE OF CONTENTS

| | DESCRIPTION OF DOCUMENT | APP. NOS. |
|---|---|---|
| 1. | Order on Cross-Motion of the Post-Confirmation Trust for Declaratory Relief | A1-A2 |
| 2. | Motion of the Reclamation Creditors' Trust to (i) Enforce the Reorganization Plan and Confirmation Order, (ii) Enjoin the Post-Confirmation Trust from Pursuing Claims Against Employees of Reclamation Creditors to Recover RCT Assets from Their Reclamation Creditor Employers and, (ii) Determine That the PCT's Claims Against Employees of Reclamation Creditors Constitute RCT Assets | A3-A154 |
| 3. | Dean Foods Company's (i) Joinder in Motion of the Reclamation Creditors' Trust to Enforce the Reorganization Plan and Confirmation Order and (ii) Response in Opposition to Cross-Motion of the Post-Confirmation Trust for Declaratory Relief | A155-A163 |
| 4. | Settlement Agreement and Mutual Release | A164-A178 |
| 5. | Amended Response of the Post-Confirmation Trust to Claim Ownership Motion of Reclamation Creditors Trust and Cross-Motion of the Post-Confirmation Trust for Declaratory Relief | A179-A371 |
| 6. | Transcript of Hearing Held on October 19, 2005 before the Honorable Mary F. Walrath | A372-A483 |

635408v1