# TAB 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )        Chapter 11
                                          )        Case No. 03-10945 (MFW)
Fleming Companies, Inc., et al.,          )        (Jointly Administered)
                                          )
        Debtors.                          )
                                          )
                                          )        Related Docket Nos.: 11889, 11824 & 11822
                                          )

**ORDER ON**
**CROSS-MOTION OF THE POST-CONFIRMATION TRUST**
**FOR DECLARATORY RELIEF**

The Court has considered the briefs and arguments submitted by the Post

Confirmation Trust (PCT) and by the Reclamation Creditors' Trust, concerning the

ownership of claims and Causes of Action pending in the PCT's Cross-Complaint

against James Green, Christopher Thorpe, John Kenneth Adams, Rosario Coniglio,

Steven Schmidt, Bruce Keith Jensen, John D. Robinson, and Peter Frank

(collectively, "the Vendor Officers"). Under the terms of the Fleming Plan of

Reorganization, the Claims and Causes of action against the Vendor Officers are the

property of the PCT.

Accordingly, the Motion of the Reclamation Creditors' Trust to Enforce the

Reorganization Plan and to Enjoin the Post-Confirmation Trust From Pursuing

Claims is DENIED. The PCT's Cross-Motion for Declaratory Relief is GRANTED

on all grounds stated therein, and the Court DECLARES that:

1.      Under Fleming's Plan of Reorganization, ~~the~~ claims against the Vendor

        Officers, ~~and claims against any persons or entities~~ who are not

        Reclamation Creditors, are the property of the PCT;

A  11930
10/20/05

2.    No person shall, hereafter, assert or argue that the PCT does not own or

have standing to pursue the claims it has filed in its pending Cross-

Action in *In re Fleming Companies Securities Litig.*, C.A. No. 05-03-

1530 (TJW) Case No. MDL-1530; and,

3.    The Reclamation Creditors' Trust shall cease and desist from any

further effort to interfere with the PCT's prosecution of the claims

against the Vendor Officers.

SIGNED this 19ᵗʰ day of October, 2005.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court, Chief Judge

A    2