IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Fleming Companies, Inc. et al. | ) | Bankr. Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | |
| Dean Foods Company, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-835(SLR) |
| v. | ) | |
| | ) | Appeal No. 05-79 |
| Post Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )ss |
| COUNTY OF NEW CASTLE | ) |

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 10th day of October 2006, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

APPENDIX IN SUPPORT OF
ANSWERING BRIEF OF APPELLEE POST CONFIRMATION TRUST

Louise Tuschak

Sworn to and subscribed before
me this 10th day of October 2006

Notary Public My Commission
Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

28587-001\DOCS_DE:114988.1

Deans Foods Service List
#120353

*By Hand Delivery*
Jeffrey M. Schlerf, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

*By First Class Mail*
Mark H. Ralston, Esquire
Munsch Hardt Kofp & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202