IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., *et al*, ) | Case No. 03-10945 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| DEAN FOODS COMPANY, ) | |
| ) | |
| Appellant, ) | Civ. A. No. 05-835 (SLR) |
| ) | |
| v. ) | |
| ) | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |

### STIPULATION FURTHER EXTENDING BRIEFING SCHEDULE

WHEREAS, on August 8, 2006, this Court entered an order (the "Scheduling Order") which set a briefing schedule with respect to the above-captioned appeal; and

WHEREAS, on September 5, 2006, Appellant Dean Foods Company and Appellee Post Confirmation Trust filed a Stipulation Extending Briefing Schedule (the "Extended Briefing Schedule") which set a deadline of October 23, 2006 for Appellant to file its reply brief; and

WHEREAS, due to scheduling conflicts, the Appellant encountered difficulties in complying with the Extended Scheduling Order; and

WHEREAS, Appellant Dean Foods Company and Appellee Post Confirmation Trust have agreed that an extension of deadlines set forth in the Extended Scheduling Order is appropriate,

631292v1

NOW, THEREFORE, the parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. Appellant's reply brief is due on or before October 27, 2006.

Dated: October 19, 2006

| THE BAYARD FIRM | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| By: /s/ Eric M. Sutty<br>Jeffrey M. Schlerf (No. 3047)<br>Eric M. Sutty (No. 4007)<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>(302) 655-5000 | By: /s/ Scotta McFarland<br>Laura Davis Jones (No. 2436)<br>Scotta E. McFarland (No. 4184)<br>919 North Market Street, Suite 1700<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(302) 652-4100 |
| -and- | -and- |
| Mark H. Ralston<br>MUNSCH HARDT KOPF & HARR, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-6659<br>(214) 855-7500 | Kathy Patrick<br>GIBBS & BRUNS, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, Texas 77002<br>(713) 650-8805 |
| *Attorneys for Appellant Dean Foods Company* | *Attorneys for Appellee Post Confirmation Trust* |

IT IS SO ORDERED,

This ___ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE

631292v1

2