## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, do hereby certify that on this 19th day of October 2006, I caused a copy of the **Stipulation Further Extending Briefing Schedule** to be served upon the parties listed below in the manner indicated.

### BY HAND DELIVERY

Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 17th Floor
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Kathy Patrick, Esquire
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002

_____
Eric M. Sutty (No. 4007)

635420v1