## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 27th day of October, 2006, I caused a copy of the **Stipulation Further Extending Briefing Schedule** to be served upon the parties listed below in the manner indicated.

### VIA HAND DELIVERY

Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
919 N. Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705

### VIA U.S. FIRST CLASS MAIL

Kathy Patrick, Esquire
Jeremy Doyle, Esquire
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002

Eric M. Sutty (No. 4007)