## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on the 1st day of November, 2006, I caused a copy of the **Reply Brief of Appellant Dean Foods Company** to be served upon the parties listed below in the manner indicated.

### *VIA* HAND DELIVERY

Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young, Jones
    & Weintraub LLP
919 North Market Street, Suite 1700
Wilmington, DE 19801

### *VIA* FIRST CLASS MAIL

Kathy Patrick, Esquire
Jeremy Doyle, Esquire
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002

_____
Eric M. Sutty (No. 4007)

640867v1