# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access

(302) 429-4237

November 6, 2006

VIA HAND DELIVERY

The Honorable Sue L. Robinson
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

    Re:    In re: Fleming Companies, Inc., et al., Case No. 03-10945 (MFW); Dean Foods Company v. Post Confirmation Trust, C.A. No. 05-835 (SLR)

Dear Judge Robinson:

    The parties have completed the submission of their briefs in the above-referenced appeal. Appellant Dean Food Company (the "Dean Food") requests oral argument pursuant to Local Rule 7.1.4.

    As always, I am available at the Court's convenience if Your Honor has any questions or concerns.

Respectfully submitted,

Eric M. Sutty (No. 4007)

EMS/kw

cc:    Laura Davis Jones, Esquire (via hand delivery)
        Scotta E. McFarland, Esquire (via hand delivery)
        Kathy Patrick, Esquire (via facsimile)
        Jeremy Doyle, Esquire (via facsimile)

590913v1