# THE BAYARD FIRM
**A T T O R N E Y S**

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4218
jschlerf@bayardfirm.com

February 13, 2007

VIA HAND DELIVERY

The Honorable Sue L. Robinson
United States District Court
844 King Street, Lock Box 31
Wilmington, DE 19801

    Re:    In re Fleming Companies, Inc., *et al.*; Dean Foods Company v. Post Confirmation Trust, C.A. No. 05-835 - SLR

Dear Judge Robinson:

    Our firm and Munsch Hardt Kopf & Harr, P.C. represent the appellant in the above appeal. The purpose of this letter is to advise Your Honor that this matter appears to be resolved.

    As always, I am available if the Court has any questions or concerns.

Respectfully submitted,

Jeffrey M. Schlerf

JMS/rd
cc:    Laura Davis Jones, Esquire (by hand delivery)
        Mark H. Ralston, Esquire (by facsimile)

651534-1