# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

Writer's Direct Access

302-429-4218
jschlerf@bayardfirm.com

February 15, 2007

VIA HAND DELIVERY

The Honorable Sue L. Robinson
United States District Court
844 King Street, Lock Box 31
Wilmington, DE 19801

Re: In re Fleming Companies, Inc., *et al.*; Dean Foods Company v. Post Confirmation Trust, C.A. No. 05-835 - SLR

Dear Judge Robinson:

Following up on my Feb 13, 2007 letter to the Court, appellant Dean Foods Company would like to clarify that the appeal should not be dismissed until a settlement is documented and it is approved by the Bankruptcy Court (if necessary). The parties will keep Your Honor apprised of the status. Please accept my apologies for sending the Court two letters.

Respectfully submitted,

Jeffrey M. Schlerf

JMS/rd
cc: Laura Davis Jones, Esquire (by hand delivery)
     Mark H. Ralston, Esquire (by facsimile)

651697-1