IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., *et al*, ) | Case No. 03-10945 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| DEAN FOODS COMPANY, ) | |
| ) | |
| Appellant, ) | Civ. A. No. 05-835 (SLR) |
| ) | |
| v. ) | |
| ) | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Appellee. ) | |

## STIPULATION AND ORDER DISMISSING APPEAL

Appellant Dean Foods Company and Appellee Post Confirmation Trust, having resolved this matter, hereby stipulate to dismiss this appeal with prejudice pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure.

Dated: June 18, 2007

| | |
|---|---|
| THE BAYARD FIRM | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. |
| By: /s/ Jeffrey M. Schlerf | By: /s/ Scotta M. McFarland |
| Jeffrey M. Schlerf (No. 3047) | Laura Davis Jones (No. 2436) |
| Eric M. Sutty (No. 4007) | Scotta E. McFarland (No. 4184) |
| 222 Delaware Avenue | 919 North Market Street, Suite 1700 |
| Wilmington, Delaware 19801 | P.O. Box 8705 |
| (302) 655-5000 | Wilmington, Delaware 19899-8705 |
| | (302) 652-4100 |
| -and- | -and- |

661890-1

| | |
|---|---|
| Mark H. Ralston<br>MUNSCH HARDT KOPF & HARR, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-6659<br>(214) 855-7500<br><br>*Attorneys for Appellant Dean Foods Company* | Kathy Patrick<br>GIBBS & BRUNS, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, Texas 77002<br>(713) 650-8805<br><br>*Attorneys for Appellee Post Confirmation Trust* |

IT IS SO ORDERED,

This ___ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE

661890-1

2